**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Laron GRIFFIN, Defendant–Appellant.**

**No. 03–6203.**

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 2, 2003.

Laron Griffin, Appellant Pro Se. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Laron Griffin appeals from the district court's order denying his motion for reconsideration of the district court's denial of his motion for reduction of sentence based on his acceptance of responsibility. The district court lacked authority to reduce Griffin's sentence on this basis. *See* 18 U.S.C. § 3582(c) (2000); Fed.R.Crim.P. 35. Accordingly, we affirm the district court's order denying Griffin's motion. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*